**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-7327**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JONATHAN WAYNE HADRICK,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-
92-402)

―――――――――――

Submitted:  November 5, 2002        Decided:  November 22, 2002

―――――――――――

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Jonathan Wayne Hadrick, Appellant Pro Se.  Andrew Clayton White,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jonathan Wayne Hadrick appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he alleged prosecutorial misconduct in his criminal trial. Hadrick improperly invoked the Federal Rules of Civil Procedure to collaterally attack a criminal judgment. <u>United States v. O'Keefe</u>, 169 F.3d 281, 289 (5th Cir. 1999) (citing <u>United States v. Mosavi</u>, 138 F.3d 1365, 1366 (11th Cir. 1998)). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>